AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

)
)
)
)

Plaintiff )
v. )
EXPERIAN INFORMATION SOLUTIONS, )
KOHLS, FIRST USA, NA AND DOES 1 )
THROUGH 10 INCLUSIVE. )
)

Defendant )

Civil Action No. C08-04147 BZ

ADR

**Summons in a Civil Action**

To: EXPERIAN INFORMATION SOLUTIONS; KOHLS, AND FIRST USA, NA

*(Defendant's name)*

A lawsuit has been filed against you.

 Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

KAMLESH BANGA
P.O. BOX 6025
VALLEJO, CA 94591

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 2 9 2008

Date: _____

Richard W. Wieking
Name of clerk of court

JESSIE MOSLEY

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*